## United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

Argued September 30, 2021            Decided April 4, 2023

No. 19-5079

ABDULSALAM ALI ABDULRAHMAN AL-HELA, DETAINEE CAMP DELTA, ALSO KNOWN AS ABD AL-SALAM ALI AL-HILA AND ABDULWAHAB ALI ABDULRAHMAN AL-HELA, AS NEXT FRIEND OF ABDULSALAM ALI ABDULRAHMAN AL-HELA,
APPELLANTS

v.

JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, ET AL.,
APPELLEES

———

On Petition for Rehearing En Banc

———

# PENDING CLASSIFICATION REVIEW